IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROZER-CHESTER MEDICAL CENTER | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CROZER-CHESTER NURSES ASSOCIATION/PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS, | : | No. 11-7300 |
| Defendant. | : | |

## ORDER RE: CROSS MOTIONS FOR JUDGMENT ON THE PLEADINGS

AND NOW, this  29th  day of June, 2012, upon consideration of Plaintiff's and Defendant's concurrent cross Motions for Judgement on the Pleadings (ECF Nos. 10-11), and the supporting and opposing briefs, and for the reasons explained in the accompanying Memorandum on Cross Motions for Judgment on the Pleadings, it is hereby ORDERED that:

(1) Defendant's Motion for Judgment on the Pleadings (ECF No. 11) is GRANTED in part and DENIED in part.

(2) Plaintiff's Motion for Judgment on the Pleadings (ECF No. 10) is DENIED.

(3) Judgment is ENTERED in favor of Defendant and against Plaintiff.

(4) The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-7300 Crozer-Chester Med. v Crozer-Chester Nurses\Order Crozer-Chester case.wpd